445 A.2d 241

Commonwealth v. Coleman a/k/a Goodman, Appellant.

Argued May 4, 1981. Daniel M. Preminger, for appellant; Nancy D. Wasser, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and SPAETH and CAVANAUGH, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.